# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DANA DESJARDINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:13-cv-00338-NT |
| | ) |
| DONALD WILLARD and | ) |
| MICHAEL REYNOLDS, | ) |
| | ) |
| Defendants. | ) |

## ORDER FOR REMAND

On appeal, the First Circuit vacated the prior dismissal of the Plaintiff's state law claims against Michael Reynolds and remanded them to this Court. *Desjardins v. Willard*, No. 14-1786, 2015 WL 306305 (1st Cir. Jan. 23, 2015). Those claims are the only portion of the case that survives. Pursuant to the First Circuit's order, it is not appropriate for this Court to retain supplemental jurisdiction over the remaining state law claims where "where the foundational federal claims have been dismissed at an early stage in the litigation." *Camelio v. Am. Fed'n*, 137 F.3d 666, 672 (1st Cir. 1998). This case is hereby **REMANDED** to the Maine Superior Court (Cumberland County) for further disposition.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 19th day of February, 2015.